# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: ) | |
| ) | |
| PROCEEDINGS TO ENFORCE ) | Misc. Pro. No. 22-00702-FJS |
| FEDERAL RULE OF BANKRUPTCY ) | |
| PROCEDURE 9036, ) | |
| ) | |

### ORDER REQUIRING BON SECOURS TO APPEAR THROUGH COUNSEL AT A STATUS CONFERENCE ON APRIL 19, 2022

The Administrative Office of the United States Courts has advised the Court that **BON SECOURS** has been designated as a high-volume paper-notice recipient of bankruptcy notices under Federal Rule of Bankruptcy Procedure 9036. A high-volume paper-notice recipient is currently defined as an entity that has been mailed 100 or more notices in any calendar month by the Bankruptcy Noticing Center. Federal Rule of Bankruptcy Procedure 9036 mandates that high volume recipients (with limited exceptions) must receive electronic notices.

The Administrative Office of the United States Courts has advised the Court that **BON SECOURS** has failed to register to receive electronic bankruptcy notices.

On **April 19, 2022**, at **11:30 a.m.,** via Zoom for Government,[1] the Court will conduct a status conference to determine what action should be taken to compel (if necessary) **BON SECOURS** to comply with Federal Rule of Bankruptcy Procedure 9036. **BON SECOURS** is ordered to appear at the status conference through counsel. Counsel should be prepared to advise

---

[1] Due to the COVID-19 public health emergency, the hearing will take place remotely via Zoom. To appear for your hearing, you must e-mail a completed PDF-fillable request form (the "Zoom Request Form"), available on the Court's website at https://www.vaeb.uscourts.gov/sites/vaeb/files/ZoomRegistration.pdf, to: EDVABK−ZOOM−Chief_Judge_Santoro@vaeb.uscourts.gov. This email address shall be used only to submit Zoom Requests. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.

Absent compelling circumstances, the Zoom Request Form should be submitted no later than two (2) business days prior to the hearing or proceeding. Following receipt of your Zoom Request Form, Court staff will respond to the e-mail address from which the request was submitted with both (1) a link to access the virtual courtroom via a computer or mobile device, and (2) a dial-in number to access the virtual courtroom by telephone. You must use either the link or the dial-in number to attend the hearing.

For help, visit the Zoom website (https://zoom.us) or contact the Judge's courtroom deputy (757-222-7500).

the Court on the steps that **BON SECOURS** is taking to assure comprehensive compliance with Federal Rule of Bankruptcy Procedure 9036.[2]

In lieu of attendance at the scheduled status conference, **BON SECOURS** may complete and file **Exhibit A**, confirming that it has completed its registration for electronic noticing and will receive court notices at an email address chosen by the entity.[3]  Alternatively, **BON SECOURS** may complete and file **Exhibit B**, confirming that it wishes to receive its court notices at an electronic account created for the entity by the Bankruptcy Noticing Center.  Any completed exhibit and accompanying materials must be filed with the Court not less than 72 hours prior to the commencement of the scheduled status conference.

The Clerk will serve this on **BON SECOURS** by United States Mail at PO BOX 1123, Minneapolis, MN 55440-1123, and file a Certificate of Service.

IT IS SO ORDERED.

/s/ Frank J Santoro                    Mar 31 2022

FRANK J. SANTORO
Chief United States Bankruptcy Judge

Entered on Docket:  Mar 31, 2022

---

[2] In addition to any appropriate sanctions, failure to comply with this Order or register for electronic noticing will result in the cessation of paper noticing from the U.S. Bankruptcy Courts and the creation of an electronic account for you by the Bankruptcy Noticing Center, as set forth in Exhibit B.

[3] Registration for electronic bankruptcy noticing is at the following web site:
https://bankruptcynotices.uscourts.gov/register.

**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: )<br>)<br>PROCEEDINGS TO ENFORCE )<br>FEDERAL RULE OF BANKRUPTCY )<br>PROCEDURE 9036, )<br>) | Misc. Pro. No. 22-00702-FJS |

**STATEMENT CONFIRMING REGISTRATION FOR
ELECTRONIC BANKRUPTCY NOTICING**

This Statement is filed on behalf of **BON SECOURS**.

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above registered for electronic bankruptcy noticing on _____. The entity has attached to this statement a copy of the confirmation email it received from the Bankruptcy Noticing Center reflecting that it has completed its registration for electronic noticing. By registering for electronic bankruptcy noticing, the entity has agreed to receive its bankruptcy notices from the U.S. Bankruptcy Courts at the email address identified on the attached confirmation email from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature: _____

Typed Name: _____

Date: _____

**EXHIBIT B**

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: )<br>)<br>PROCEEDINGS TO ENFORCE )<br>FEDERAL RULE OF BANKRUPTCY )<br>PROCEDURE 9036, )<br>) | Misc. Pro. No. 22-00702-FJS |

**STATEMENT ACCEPTING ELECTRONIC COURT NOTICES AT AN ACCOUNT CREATED BY THE BANKRUPTCY NOTICING CENTER**

This Statement is filed on behalf of **BON SECOURS**.

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above is aware that, beginning on May 23, 2022, it will no longer be sent paper bankruptcy notices from the U.S. Bankruptcy Courts. The entity confirms that it wishes to receive its bankruptcy notices from the U.S. Bankruptcy Courts at an electronic account created for the entity by the Bankruptcy Noticing Center. The entity confirms that it will take the necessary steps to access the electronic account in accordance with the instructions provided to the entity in separate letters from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature: _____

Typed Name: _____

Date: _____